# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SAMMIE BROWN, ADC # 142589                                                                    PLAINTIFF

v.                                          NO. 4:14CV00658 JLH/BD

ANDY SHOCK, et al.                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The defendants' motion for summary judgment (docket entry #40) is GRANTED, in part, and DENIED, in part. Brown may proceed on his failure-to-protect claim against defendant Jones in his individual capacity. All remaining claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 14th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE